IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jerry Sheppard, ) | |
| ) | C/A No. 4:07-0428-MBS |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Michael Pettiford, Warden; Lavette ) | |
| Peeples, Correctional Officer; ) | **O R D E R** |
| Jose Estrella, Supervisory Chaplain, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Plaintiff Jerry Sheppard is an inmate in custody of the Federal Bureau of Prisons who currently is housed at FMC-Butner in Butner, North Carolina. At the time of the underlying events, Plaintiff was housed at the Federal Correctional Institution in Bennettsville, South Carolina. Plaintiff, proceeding pro se, filed a complaint on February 13, 2007 against employees of FCI-Bennettsville.

This matter is before the court on motion to dismiss filed by Defendants on December 21, 2007. On December 26, 2007, an order was issued pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), advising Plaintiff of the summary judgment procedures and the possible consequences if he failed to respond adequately. Plaintiff filed no response to the motion to dismiss.

In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to United States Magistrate Judge Thomas E. Rogers III for pretrial handling. On March 10, 2008, the Magistrate Judge issued a Report and Recommendation in which he recommended that the within action be dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute. Plaintiff filed no objections to the Report and Recommendation.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility for making a final determination remains with this court. Mathews v. Weber, 423 U.S. 261, 270 (1976). The court is charged with making a de novo determination of any portions of the Report and Recommendation to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or may recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1). In the absence of objections to the Report, this court is not required to give any explanation for adopting the recommendation. Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The court has carefully reviewed the record and concurs in the recommendation of the Magistrate Judge. The court adopts the Report and Recommendation and incorporates it herein by reference. The within action is dismissed with prejudice pursuant to Rule 41(b) for failure to prosecute.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
United States District Judge

Columbia, South Carolina

April 9, 2008

**NOTICE OF RIGHT TO APPEAL**

**Plaintiff is hereby notified that he has the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.**